Good morning and thank you for joining us on our reality interview show. Our guest speaker this evening is Dr. Lisa Roberts. Dr. Roberts is a freelance professor at the University of Oklahoma. She is a social scientist, a mediator for disability advocates, and a strong advocate for women, men, and queer circumstances. Ms. Roberts is a senior fellow at the School of Social and Queer Circumstances. Ms. Roberts' work focuses especially on the future of disability advocates based on a comprehensive history of social justice reform. There are three main areas of higher education that you should be looking at to support a society that is changing. First, there should not be any subjective results. Secondly, there are valid reasons for the record of being, I mean, obviously there are jurisprudence parties individuals to be able to participate in various societies mainly for his interest, because if this objective is correctly exemplified, then indeed, of course, although this objective is also important as a record, it should be supported by punitive measures. And I think it is really important as well to look at for which le Views should perscribe. I see you there, sir. Thank you. Thank you, sir. The third one is that the variation of the state that was started in was a social state of the highest proportion. It's said that it was a cross-sectorial work, and it's been debated by social justice as well. Therefore, as an objective, it may not be the only part of the universe which had this role. I think in the first piece of the complications, I think it's said that he said that this variation was a single layer of strata, and it's been debated by other community positions. Dr. Holmes, Dr. Holmes, as he wrote this complicated strata, or basically a combination of his own interpretation of people, those people that he did not actually experience as strata, or see them as strata. In the 13th century, as he said, Dr. Holmes was primarily focused on this point, this layer of strata. In the 17th century, in the 12th century, at least since August of the 18th century, the position of the humanity as a universe dragged on in both. So, Dr. Holmes, if you would, the first thing, the second aspect, it starts to make you into expectations. However, the earlier shapes of psychosis, of these opinions, including those of Stansford, say, I mean, they're there in order to create a population, what's that called? Stansford's populace, who is really being turned on. First things, Dr. Holmes, Dr. Holmes constitutes a sort of a laser method to that state. Which is, in a sense, a very small, a very small representation of what is going on in the world. I guess, I mean, Dr. Stansford included this correctly in the way that it's described by Dr. Stansford. He, initially, what he did was he studied specific problems of this kind and he concluded that, basically, between these issues, between the physician and the patient, there are some similarities and some differences between the psychosis and the psychosis of the patient. So, Dr. Stansford said, you know, the patient is not a test subject. So, of course, finding that the patient is not a test subject is not a scientific issue. It's simply that it's a clinical subject. So, patients have seen that the commonalities in this case were more subjective. Based on the evidence which was looked at by Dr. Stansford, which the researchers did not dispute, were more subjective about this case, which was a piece that did not have a result. They were recently able to see that there were some  between the clinical case and the psychosis of the patient. So, this is not a scientific issue. It's not a scientific issue. It's a case, of course, and it's important for the society to have these problems arising more and more occasionally than they were projected to find from relative consequences to result from these conditions. It's part of this work, which we have been doing since the century before. If you do recognize it, there is a sense of abominance in this work. The sole matter of  work is the immediate impact on disability as a whole. The first thing is that they all combined lead us into a project that needs to be successful. If you can see that there was a reason for it, there were no legitimate reasons for it. So then we have to get something in line which are no                       physical reasons. So in summary, although the court did not, was not consented with the issue of should we give credit to Dr. Gordy versus Dr. Khan, the court did consider what Dr. Gordy was saying and criticized Dr. Gordy and Dr. Khan. The commissioner also anyway said that it does not control the district court's funding, but the district court specifically found that these three reasons the ALJs had given were not in line          not agree with the district court's funding. The district court did not agree with the district court's funding. The district          funding. The district court did not agree with the district court's funding. The district court did not agree with    thing that the agency was supposed to do is that after the cases before the cases were raised the agency said but we thought over more and that's why the ALJ the award Dr. Collins shouldn't be credited and we want an opportunity to go back and let the ALJ put those reasons down and then we can start over again. Reason for the ALJ award? I don't know an answer. I don't know an answer. The other reason that the court of the ALJ is usually briefed and said that Dr. Collins should be rejected because she relied on self reports and it was not specifically stated by the ALJ it was not specifically stated by the commissioner or briefing below but the court essentially addressed that by pointing out that Dr. Collins relied on a great deal of objective evidence. So even though the court didn't address it, the court knew that the claim was not completely correct. And even though Dr. Wall was wondering about that, nobody else had suggested that ALJ noted that that was not established by the evidence and the client of Dr. Collins established her case through steps one through four of  ALJ case. The agency agrees that she can't do her formal work. This is not a question of somebody who is completely making the follow-up of her appearance clearly guaranteeing the addition of numerous factors. But another way to look at credibility is, is this person a reliable reporter? And in this marriage case, it's a measurably low claim that is simply not going to be very reliable. If someone reacts very emotionally to stress or conflict, then perhaps they're not sharing precisely what the facts are for them. But if every claimant who is mentally ill and not reliable was not entitled to benefit, then there are many, many people who are schizophrenic, exotic, and on various columns who would not be receiving benefits and clearly that's not what they came to be entitled to. Well, thank you. What is your thoughts on this question? She's 52 at the time of this hearing. Um, well, it's been 13 years before she went to college. Yes, yes, you're right. Those records, um, the LJ did the hearings for extra credit, so we don't have those. So, if she didn't have, um, enough work to get a degree in engineering, she worked as a civil engineer for several years. One week her last year she earned $79,000 and her mental and physical condition deteriorated. She has been receiving benefits on a new application as of December of 2011. So, we're really talking about a period of four years. Um, she is the next step. She has the $40,000 that she received from the program. Yes, you're right. She earned about $32,000 in 2011. Yes. Um, the district court         has decided that she will continue to work as a   for a number of years. Um, she will continue to work as a civil engineer for a number of years. She will           Um, she will continue to work as a civil engineer for a number of years. Um, she will continue            will continue to work as a civil engineer for a number of years. Um, she will continue to work as a civil
judges: Tashima, Gilman, Bea